David W. Christel, U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALYSHA E. CHANDRA,<br><br>                          Plaintiff,<br>vs.<br><br>PIERCE COUNTY PROSECUTOR'S OFFICE and MARY ROBNETT, individually,<br><br>                          Defendants. | NO.  3:20-cv-05787-DWC<br><br>DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT<br><br>JURY DEMAND |

## I.    ANSWER

COME NOW Defendants Pierce County Prosecutor's Office and Mary Robnett, by and through their attorney of record, Jana R. Hartman, Deputy Prosecuting Attorney, and make the following Answer to Plaintiff's Complaint.  These answering Defendants deny each and every allegation of Plaintiff's Complaint not specifically admitted to herein.

      1.1      In answer to paragraph 1 of Plaintiff's Complaint, this paragraph does not state factual allegations to which an answer is required.  To the extent an answer is required, Defendants admit.

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT - 1
Answer.docx
USDC WAWD No. 3:20-cv-05787-DWC

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

1.2     In answer to paragraph 2 of Plaintiff's Complaint, this paragraph is an incomplete sentence and does not appear to state factual allegations to which an answer is required. To the extent an answer is required, Defendants deny.

1.3     In answer to the allegations contained in paragraph 3 of Plaintiff's Complaint, the Defendants admit Ms. Chandra was an employee of Defendants. Defendants are without knowledge or information sufficient to admit or deny the remaining allegations contained in paragraph 3, and therefore deny the same.

1.4     In answer to the allegations contained in paragraph 4 of Plaintiff's Complaint, Defendants deny.

1.5     In answer to the allegations contained in paragraph 5 of Plaintiff's Complaint, Defendants admit.

1.6     In answer to the allegations contained in paragraph 6 of Plaintiff's Complaint, Defendants admit.

1.7     In answer to the allegations contained in paragraph 7 of Plaintiff's Complaint, Defendants deny.

1.8     In answer to the allegations contained in paragraph 8 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to admit or deny the allegations in paragraph 8, and therefore deny the same.

1.9     In answer to the allegations contained in paragraph 9 of Plaintiff's Complaint, this paragraph states a legal conclusion to which no answer is required. To the extent an answer is required, Defendants admit.

1.10    In answer to the allegations contained in paragraph 10 of Plaintiff's Complaint, this paragraph states a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny.

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT - 2
Answer.docx
USDC WAWD No. 3:20-cv-05787-DWC

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

1.11 In answer to the allegations contained in paragraph 11 of Plaintiff's Complaint, this paragraph states a legal conclusion to which no answer is required. To the extent an answer is required, Defendants admit.

1.12 In answer to the allegations contained in paragraph 12 of Plaintiff's Complaint, Defendants admit.

1.13 In answer to the allegations contained in paragraph 13 of Plaintiff's Complaint, Defendants admit.

1.14 In answer to the allegations contained in paragraph 14 of Plaintiff's Complaint, Defendants admit.

1.15 In answer to the allegations contained in paragraph 15 of Plaintiff's Complaint, Defendants admit.

1.16 In answer to the allegations contained in paragraph 16 of Plaintiff's Complaint, Defendants admit that Ms. Chandra emailed Deputy Prosecuting Attorney (DPA) Diana Chen about joining the military. Defendant denies the remaining allegations contained in paragraph 16.

1.17 In answer to the allegations contained in paragraph 17 of Plaintiff's Complaint, Defendants admit.

1.18 In answer to the allegations contained in paragraph 18 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 18, and therefore deny the same.

1.19 In answer to the allegations contained in paragraph 19 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 19, and therefore deny the same.

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT - 3
Answer.docx
USDC WAWD No. 3:20-cv-05787-DWC

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

1.20    In answer to the allegations contained in paragraph 20 of Plaintiff's Complaint, Defendants deny.

1.21    In answer to the allegations contained in paragraph 21 of Plaintiff's Complaint, Defendants deny the described email exchange occurred on April 23, 2020.  Defendants admit the remaining allegations contained in paragraph 21..

1.22    In answer to the allegations contained in paragraph 22 of Plaintiff's Complaint, Defendants deny.

1.23    In answer to the allegations contained in paragraph 23 of Plaintiff's Complaint, Defendants deny.

1.24    In answer to the allegations contained in paragraph 24 of Plaintiff's Complaint, Defendants admit Ms. Chandra had a phone conversation with Diana Chen where Ms. Chen mentioned an employee named Patrick Vincent who was a member of the military.  Defendants deny the remaining allegations contained in paragraph 24.

1.25    In answer to the allegations contained in paragraph 25 of Plaintiff's Complaint, this paragraph is vague as to "the above email."  Defendants admit that Ms. Chandra asked for a letter from the defendant.  Defendants denies the remaining allegations contained in paragraph 25.

1.26    In answer to the allegations contained in paragraph 26 of Plaintiff's Complaint, Defendants deny.

1.27    In answer to the allegations contained in paragraph 27 of Plaintiff's Complaint, Defendants deny.

1.28    In answer to the allegations contained in paragraph 28 of Plaintiff's Complaint, Defendants admit that Ms. Chen told Ms. Chandra that she was "kind of shocked" and did not foresee this happening.  Defendants deny the remaining allegations contained in paragraph 28.

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT - 4
Answer.docx
USDC WAWD No. 3:20-cv-05787-DWC

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

1.29 In answer to the allegations contained in paragraph 29 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to admit or deny the allegations in paragraph 29, and therefore deny the same.

1.30 In answer to the allegations contained in paragraph 30 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to admit or deny the allegations in paragraph 30, and therefore deny the same.

1.31 In answer to the allegations contained in paragraph 31 of Plaintiff's Complaint, Defendants admit that in May 2020 Diane Clarkson sent Ms. Chandra an email that stated to "continue your good work." Defendants deny the remaining allegations contained in paragraph 31.

1.32 In answer to the allegations contained in paragraph 32 of Plaintiff's Complaint, Defendants admit.

1.33 In answer to the allegations contained in paragraph 33 of Plaintiff's Complaint, Defendants deny.

1.34 In answer to the allegations contained in paragraph 34 of Plaintiff's Complaint, Defendants admit.

1.35 In answer to the allegations contained in paragraph 35 of Plaintiff's Complaint, Defendants deny.

1.36 In answer to the allegations contained in paragraph 36 of Plaintiff's Complaint, Defendants deny.

1.37 In answer to the allegations contained in paragraph 37 of Plaintiff's Complaint, Defendants deny.

1.38 In answer to the allegations contained in paragraph 38 of Plaintiff's Complaint, Defendants deny.

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT - 5
Answer.docx
USDC WAWD No. 3:20-cv-05787-DWC

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

1.39     In answer to the allegations contained in paragraph 39 of Plaintiff's Complaint, Defendants deny.

1.40     In answer to the allegations contained in paragraph 40 of Plaintiff's Complaint, Defendants admit.

1.41     In answer to the allegations contained in paragraph 41 of Plaintiff's Complaint, Defendants admit Ms. Chen stated that she encouraged military service.  Defendants deny the remaining allegations contained in paragraph 41.

1.42     In answer to the allegations contained in paragraph 42 of Plaintiff's Complaint, Defendants admit.

1.43     In answer to the allegations contained in paragraph 43 of Plaintiff's Complaint, Defendants admit.

1.44     In answer to the allegations contained in paragraph 44 of Plaintiff's Complaint, Defendants admit.

1.45     In answer to the allegations contained in paragraph 45 of Plaintiff's Complaint, Defendants admit.

1.46     In answer to the allegations contained in paragraph 46 of Plaintiff's Complaint, Defendants deny.

1.47     In answer to the allegations contained in paragraph 47 of Plaintiff's Complaint, Defendants deny.

1.48     In answer to the allegations contained in paragraph 48 of Plaintiff's Complaint, Defendants deny.

1.49     In answer to the allegations contained in paragraph 49 of Plaintiff's Complaint, Defendants deny.

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT - 6
Answer.docx
USDC WAWD No. 3:20-cv-05787-DWC

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

1	1.50	In answer to the allegations contained in paragraph 50 of Plaintiff's Complaint, Defendants deny.

1.51	In answer to the allegations contained in paragraph 51 of Plaintiff's Complaint, Defendants admit they are prohibited from discriminating against veterans and military service members.  Defendants deny the remaining allegations contained in paragraph 51.

1.52	In answer to the allegations contained in paragraph 52 of Plaintiff's Complaint, Defendants admit.

1.53	In answer to the allegations contained in paragraph 53 of Plaintiff's Complaint, Defendants deny.

1.54	In answer to the allegations contained in paragraph 54 of Plaintiff's Complaint, this paragraph contains a legal conclusion to which no answer is required.  To the extent an answer is required, Defendants deny.

1.55	In answer to the allegations contained in paragraph 55 of Plaintiff's Complaint, Defendants admit.

1.56	In answer to the allegations contained in paragraph 56 of Plaintiff's Complaint, Defendants admit they have access to the provisions of USERRA and the laws of the state of Washington.  Defendants deny the remaining allegations contained in paragraph 56.

1.57	In answer to the allegations contained in paragraph V(1) of Plaintiff's Complaint, this paragraph states a legal conclusion requiring no answer.

1.58	In answer to the allegations contained in paragraph V(2) of Plaintiff's Complaint, Defendants deny as written.

1.59	In answer to the allegations contained in paragraph V(3) of Plaintiff's Complaint, Defendants deny.

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT - 7
Answer.docx
USDC WAWD No. 3:20-cv-05787-DWC

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

1.60	In answer to the allegations contained in paragraph V(4) of Plaintiff's Complaint, Defendants deny.

1.61	In answer to the allegations contained in paragraph V(5) of Plaintiff's Complaint, this paragraph states a legal conclusion requiring no answer.

1.62	In answer to the allegations contained in paragraph V(6) of Plaintiff's Complaint, Defendants deny as written.

1.63	In answer to the allegations contained in paragraph V(7) of Plaintiff's Complaint, Defendants deny.

1.64	In answer to the allegations contained in paragraph V(8) of Plaintiff's Complaint, Defendants deny.

1.65	In answer to the allegations contained in paragraph V(9) of Plaintiff's Complaint, this paragraph contains a legal conclusion requiring no answer.

1.66	In answer to the allegations contained in paragraph V(10) of Plaintiff's Complaint, Defendants deny.

1.67	In answer to the allegations contained in paragraph V(11) of Plaintiff's Complaint, Defendants deny.

1.68	Defendants deny that Plaintiff is entitled to any of the relief requested in Section V, Prayer for Relief.

## II.  AFFIRMATIVE AND OTHER DEFENSES

**FURTHER, AND BY WAY OF AFFIRMATIVE AND OTHER DEFENSES, AND ALL OTHER MATTERS OF AVOIDANCE, DEFENDANTS PIERCE COUNTY PROSECUTOR'S OFFICE AND MARY ROBNETT ALLEGE AS FOLLOWS:**

2.1	If Plaintiff suffered any injury or damages, recovery therefor is barred or mitigated by Plaintiff's failure to mitigate said damages.

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT - 8
Answer.docx
USDC WAWD No. 3:20-cv-05787-DWC

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

2.2     The Defendants had legitimate and non-discriminatory reasons and causes for their actions.

2.3     The employer's circumstances have changed so that retention of the Plaintiff would be impossible or unreasonable.

2.4     The employer would have taken the same action regardless of the Plaintiff's connection with service.

### III.     PRAYER FOR RELIEF

**WHEREFORE**, having fully answered Plaintiff's said Complaint, Defendants pray the Court for the following relief:

3.1     That Plaintiff's Complaint be dismissed with prejudice;

3.2     That Defendants be awarded their costs and reasonable attorney fees incurred herein;

3.3     That Defendants be allowed to reserve the right to amend this Answer to assert such cross-claims, counterclaims, and/or third party claims as during the course of discovery herein becomes proper;

3.4     For such other and further relief as may appear just and equitable in the premises.

DATED this 28th day of August, 2020.

MARY E. ROBNETT
Prosecuting Attorney

s/ JANA R. HARTMAN
JANA R. HARTMAN, WSBA # 35524
Pierce County Prosecutor / Civil
955 Tacoma Avenue South, Suite 301
Tacoma, WA  98402-2160
Ph: 253-798-7748 / Fax: 253-798-6713
jana.hartman@piercecountywa.gov

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT - 9
Answer.docx
USDC WAWD No. 3:20-cv-05787-DWC

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

# CERTIFICATE OF SERVICE

On August 28, 2020, I hereby certify that I electronically filed the foregoing DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Thomas G. Jarrard:** TJarrard@att.net
- **John M Tymczyszyn:** JohnT@JohnTLaw.com, john.tymczyszyn@gmail.com

s/ CHRISTINA WOODCOCK
CHRISTINA WOODCOCK
Legal Assistant
Pierce County Prosecutor's Office
Civil Division, Suite 301
955 Tacoma Avenue South
Tacoma, WA 98402-2160
Ph:  253-798-7732 / Fax:  253-798-6713
christina.woodcock@piercecountywa.gov

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT - 10
Answer.docx
USDC WAWD No. 3:20-cv-05787-DWC

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713