Marsha J. Pechman, U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALYSHA E. CHANDRA,<br><br>                         Plaintiff,<br><br>  vs.<br><br>PIERCE COUNTY PROSECUTOR'S<br>OFFICE and MARY ROBNETT,<br>individually,<br><br>                  Defendants. | NO.  3:20-cv-05787-MJP<br><br>STIPULATION AND ORDER OF<br>DISMISSAL<br><br>NOTE ON MOTION CALENDAR:<br>11/06/2020 |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the

complaint in the above-entitled matter has been fully settled and compromised between Plaintiff

Alysha E. Chandra and Defendants Pierce County Prosecutor's Office and Mary Robnett, and

may be dismissed with prejudice, with all parties to bear their own costs and attorney fees.

DATED this 6th day of November, 2020.

MARY E. ROBNETT
Prosecuting Attorney

JOHN T LAW, PLLC

s/ JANA R. HARTMAN
JANA R. HARTMAN
State Bar Number #35524
Pierce County Prosecutor / Civil
955 Tacoma Avenue South, Suite 301

/s/John Tymczyszyn
JOHN TYMCZYSZYN
State Bar Number #47130
155 - 108th Avenue NE, Suite 210
Bellevue, WA  98004

Tacoma, WA  98402-2160
Ph: 253-798-7748 / Fax: 253-798-6713
E-mail:  jana.hartman@piercecountywa.gov

Ph: (425) 533-2156
Email:  john.tymczyszyn@gmail.com

LAW OFFICE OF THOMAS G. JARRARD,
PLLC

/s/Thomas Jarrard
THOMAS G. JARRARD
State Bar Number #39774
1020 North Washington Street
Spokane, WA  99201
Ph: (425) 239-7290
Email:  TJarrard@att.net

*********************************

# O R D E R

THIS MATTER coming on to be heard before the undersigned Judge of the above-entitled Court based upon the stipulation of the Plaintiff Alysha E. Chandra and Defendants Pierce County and Mary Robnett for dismissal, and the Court being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Plaintiff's complaint against Defendant Pierce County and Mary Robnett be, and the same is hereby dismissed with prejudice, with all parties to bear their own costs and attorney fees.

DONE IN OPEN COURT this 9th day of November, 2020.

Marsha J. Pechman
United States Senior District Judge

Presented by:

Approved for Filing:
Notice of Presentation Waived:

MARY E. ROBNETT
Prosecuting Attorney

JOHN T LAW, PLLC

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

s/ JANA R. HARTMAN
JANA R. HARTMAN
State Bar Number #35524
Pierce County Prosecutor / Civil
955 Tacoma Avenue South, Suite 301
Tacoma, WA  98402-2160
Ph: 253-798-7748 / Fax: 253-798-6713
E-mail:  jana.hartman@piercecountywa.gov

/s/John Tymczyszyn
JOHN TYMCZYSZYN
State Bar Number #47130
155 - 108th Avenue NE, Suite 210
Bellevue, WA  98004
Ph: (425) 533-2156
Email:  john.tymczyszyn@gmail.com

LAW OFFICE OF THOMAS G. JARRARD, PLLC

/s/Thomas Jarrard
THOMAS G. JARRARD
State Bar Number #39774
1020 North Washington Street
Spokane, WA  99201
Ph: (425) 239-7290
Email:  TJarrard@att.net State Bar Number